# LEWIS & FORREY, L.L.C.

15 Chambers Street
Princeton, NJ 08542

David R. Forrey*  (609) 924-0180 (DIRECT TELEPHONE)
*Member NJ PA Bar  (609) 924-0182 (DIRECT FAX)

January 8, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

     Re:    *In Re: Wayne Burt PTE LTD*
            *Case No. 24-19956-MBK*

Dear Judge Kaplan:

    This law firm represents Vertiv Inc., Vertiv Capital, Inc. and Gnaritas, Inc. ("Vertiv") in this matter. Vertiv submits this letter brief in lieu of a more formal brief in opposition to the debtor's Motion to Compel Vertiv to turnover shares of Cetex Petrochemicals.

    In opposition to the debtor's Motion to Compel, Vertiv will rely upon the argument set forth in its Motion to Stay the Enforcement of the Order, dkt #50, and upon any argument set forth in its Reply to any opposition submitted by the debtor to its Motion to Stay Enforcement of the Order.

    Thank you for your kind assistance and cooperation in this regard.

                                                          Respectfully submitted,

                                                          LEWIS & FORREY, L.L.C.

                                                          *DAVID R. FORREY*
                                                           David R. Forrey

Enclosures
C: Dan Moss, Esq. w/enclosures
    David Torborg, Esq. w/enclosures
    Paul DeFillippo, Esq. w/enclosures
    James Lawlor, Esq. w/enclosures